582

DER MATTEOSIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NATIONAL INSURANCE COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Breslin & Breslin* and *Mr. Charles Rodgers* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages, Mr. Stanley G. Bedford* and *Messrs. Staller, Doan & DeYoe* for the respondents.

May 12, 1965. Denied.

MICHAEL SCHAAL, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MINNIE LEVY, DEFENDANT-RESPONDENT.

*Mr. Bernard R. Lafer* for the petitioners.

May 12, 1965. Denied.